IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES, § | |
| § | |
| Plaintiff/Respondent, § | |
| v. § | Cr. No. C-04-657 (4) |
| § | C.A. No. C-07-66 |
| § | |
| FERMIN GONZALEZ-RAMIREZ, § | |
| § | |
| Defendant/Movant. § | |

## **FINAL JUDGMENT**

The Court enters final judgment dismissing without prejudice defendant Oscar Portillo-Cervantes' motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 12th day of February, 2007.

*[signature: Hayden Head]*
HAYDEN HEAD
CHIEF JUDGE

1