IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES, | § | |
|---|---|---|
| | § | |
| Plaintiff/Respondent, | § | |
| v. | § | Cr. No. C-04-657 (4) |
| | § | C.A. No. C-07-202 |
| | § | |
| FERMIN GONZALEZ-RAMIREZ, | § | |
| | § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment dismissing with prejudice defendant Fermin Gonzalez-Ramirez's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

Ordered this 11th day of June, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE